2-160195
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CMA-CGM (AMERICA), INC.,

                Plaintiff,

- against -

BOR TONG INTERNATIONAL
DEVELOPMENT, INC.,

                Defendant.
-------------------------------------------------------------X

07 Civ. 7806 (KEENAN)

NOTICE AND ORDER
OF DISMISSAL

        PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, without prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       October 10, 2007

                                  LAW OFFICES OF
                                  ALBERT J. AVALLONE & ASSOCIATES

                                  By_____
                                  Albert J. Avallone - AA1879
                                  Attorneys for Plaintiff
                                  CMA-CGM (AMERICA), INC.
                                  551 Fifth Avenue, Suite 1625
                                  New York, NY 10176
                                  (212) 696-1760

SO ORDERED:

_____ 10/11/07
      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-2007